UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23483-PCH

**RAFAEL HERNANDEZ,**

    Plaintiff,

v.

**HP INC.,**

    Defendant.

_____/

## ORDER

**THIS MATTER** came before the Court through Defendant's Motion to Dismiss [ECF No. 12], filed January 12, 2023.  Plaintiff filed its Response in Opposition [ECF No. 13] on January 26, 2023, and Plaintiff filed his Reply [ECF No. 14] on February 2, 2023.  A hearing was held on the motions on February 15, 2023.

**IT IS ORDERED AND ADJUDGED** that for the reasons set forth at the hearing, Defendant's Motion to Dismiss is granted with leave to amend.  Plaintiff shall file an amended complaint by March 17, 2023.

**DONE AND ORDERED** in Miami, Florida, on February 15, 2023.

_____
**Paul C. Huck**
**Senior United States District Judge**

cc:    Counsel of Record

1