UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23482-PCH

**RAFAEL HERNANDEZ,**

    Plaintiff,

v.

**HP INC.,**

    Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on a sua sponte review of the record. On May 23, 2023, the Court entered an order dismissing all this case with prejudice. [ECF No. 22]. There are no pending motions remaining. Accordingly, the clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida on July 10, 2023.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record